

01

02

03

04

05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

06

AT SEATTLE

07 BRYAN LEE THOMPSON,                    )
                                          )   CASE NO. C12-0665-MJP
08        Plaintiff,                      )
                                          )
09        v.                              )   ORDER AFFIRMING
                                          )   COMMISSIONER
10 MICHAEL J. ASTRUE,                     )
   Commissioner of Social Security,       )
11                                        )
          Defendant.                      )
12 _____)

13        The Court has reviewed the entire record, including the Administrative Record, the

14 memoranda of the parties, the Report and Recommendation of United States Magistrate Judge

15 Mary Alice Theiler (Dkt. No. 18), Plaintiff's Objections (Dkt. No. 19) and Defendant's

16 Response (Dkt. No 20). The Court now ADOPTS the Report and Recommendation.

17        Plaintiff objected to Judge Theiler's determination that he raised new arguments in his

18 reply brief (Dkt. No. 19 at 2-7) and to Judge Theiler's conclusion that any error resulting from

19 the ALJ's failure to explicitly address Plaintiff's schizophrenia/psychosis diagnosis was

20 harmless (Id. at 7-9). The Court finds that Judge Theiler's decisions not to consider new

21 arguments raised in Plaintiff's reply and to find any ALJ errors harmless were proper and

22 warranted. Plaintiff's objections fail to demonstrate otherwise.

ORDER AFFIRMING COMMISSIONER
PAGE -1

01     It is therefore ORDERED:

02     (1)     The Court adopts the Report and Recommendation;

03     (2)     The Court AFFIRMS the decision of the Commissioner; and

04     (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

05     DATED this 15th day of November, 2012.

06

07

08                                        Marsha J. Pechman
                                          Chief United States District Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER AFFIRMING COMMISSIONER
PAGE -2